Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED BY _____ D.C.

05 OCT -5 PM 5:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

## United States District Court
### FOR THE
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

JACQUELINE WALKER

Crim. No. 2:03CR20367-09

On August 13, 2004, the above named was placed on Probation for a period of two (2) years. She has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from Probation.

Respectfully submitted,

_____
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this 5th day of Oct., 2005.

_____
United States District Judge

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 10-11-05

357

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 357 in case 2:03-CR-20367 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Edward P. Bronston
LAW OFFICE OF EDWARD P. BRONSTON
246 Adams Ave.
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT